IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01092-RPM-MEH

SANDRA K. KLINGE,

    Plaintiff,

v.

TARGET CORPORATION, d/b/a SUPERTARGET,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 14, 2008.**

    Defendant's Stipulated [sic] Motion to Vacate Settlement Conference [filed July 11, 2008; doc #14] is **granted**. The parties' counsel shall conference together and call my Chambers at (303) 844-4507 **on or before July 18, 2008** to reschedule the conference.