IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01092-RPM-MEH

SANDRA K. KLINGE,

    Plaintiff,

v.

TARGET CORPORATION, d/b/a SUPERTARGET,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 18, 2008.**

    Defendant's Unopposed Motion for Stipulated Protective Order [filed August 15, 2008; docket #19] is **granted**. The Stipulated Protective Order is filed contemporaneously with this order.