IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01092-RPM-MEH

SANDRA K. KLINGE,

    Plaintiff,

v.

TARGET CORPORATION, d/b/a SUPERTARGET,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 22, 2008.**

    Defendant's Motion to Withdraw Motion to Quash Subpoenas Duces Tecum to Peter Drew and Dominic Dolce[1] [filed October 21, 2008; docket #37] is **granted**.

    The Motion to Quash Subpoena Duces Tecum [filed October 3, 2008; docket #33] is hereby **withdrawn**.

---

[1] Defendant is reminded of its obligation under D.C. Colo. LCivR 7.1A; any future violations of this rule will result in the Court's striking of the motion at issue.