IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01092-RPM-MEH

SANDRA K. KLINGE,

        Plaintiff,

v.

TARGET CORPORATION, d/b/a SUPERTARGET,

        Defendant.

_____

ORDER REMOVING CASE FROM CALENDAR CALL
_____

        Because the plaintiff filed a motion to compel responses to discovery on November 13, 2008 (Doc. 46) now pending before Magistrate Judge Hegarty, it appears that this civil action is not ready for trial and it is therefore

        ORDERED that this civil action is removed from the calendar call on December 5, 2008, at 8:30 a.m.

        DATED:   December 3rd, 2008

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge