IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01092-RPM-MEH

SANDRA K. KLINGE,

    Plaintiff,

v.

TARGET CORPORATION, d/b/a SUPERTARGET,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 4, 2008.**

    Upon notice of the settlement of this matter, Plaintiff's Motion to Compel Responses to Discovery [filed November 13, 2008; docket #46] is **denied as moot**.