IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01092-RPM-MEH

SANDRA K. KLINGE,

    Plaintiff,

v.

TARGET CORPORATION, d/b/a SUPERTARGET,

    Defendant.
_____

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE
_____

    Upon consideration of the parties' Stipulation of Dismissal with Prejudice, it is

    ORDERED that this matter be and hereby is dismissed with prejudice, each party to bear their own costs and expenses.

    Dated: December 16th, 2008.

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge